IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT N. MITCHEM, JR.**
Reg. #03929-033                                                                                                    **PLAINTIFF**

v.                                       Case No. 4:14-cv-00140 KGB

**DEPARTMENT OF DEFENSE**                                                                           **DEFENDANT**

**JUDGMENT**

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

SO ADJUDGED this the 1st day of September, 2015.

*(signature)*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE